UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-32738 |
|---|---|
| WAYNE M CORBITT | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077913**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 10,007 | CITIFINANCIAL<br>BOX 499<br>HANOVER, MD 21076 | 155.10 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/24/2011

Certificate of Service 06-32738

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

WAYNE M CORBITT
1553 VANCOUVER  DRIVE
DAYTON, OH  45406

DENNIS HEITZ
1634 S SMITHVILLE RD
DAYTON, OH  45410

(10007.1)
CITIFINANCIAL
BOX 499
HANOVER, MD  21076

(39.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(1116.1n)
JOHN JANSING
124 E THIRD ST
SUITE 300
DAYTON, OH  45402

(36.1n)
OHIO DEPT OF TAXATION
BANKRUPTCY DIVISION
BOX 530
COLUMBUS, OH  43216

(40.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(35.1n)
STEVEN LEE SMITH
SHUMAKER LOOP & KENDRICK
41 SOUTH HIGH ST  SUITE 2400
COLUMBUS, OH  43215

(1117.1n)
SUSAN K CLIFFEL
600 VINE STREET
SUITE 2500
CINCINNATI, OH  45202

(38.1n)
WELLS FARGO FINANCIAL OHIO INC
4137 121ST ST
URBANDALE, IA  50323

Jeffrey M. Kellner BY   ___/s/ Jeffrey M. Kellner_____   sv